UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
2022 APR -6 P 4: 10
CLERK Casbell
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 1349 |
| | ) | Conspiracy |
| MICHAEL H. BOATWRIGHT | ) | |
| | ) | 18 U.S.C. § 1708 |
| | ) | Theft of Mail |
| | ) | |
| | ) | 18 U.S.C. § 1028A |
| | ) | Aggravated Identity Theft |

CR622-0003

**THE GRAND JURY CHARGES THAT:**

At all times relevant to this Indictment, unless otherwise indicated:

### INTRODUCTION

1. **MICHAEL H. BOATWRIGHT** and Stephanie Michelle Lea Napier, who called themselves the "Modern Day Bonnie and Clyde," victimized residents of Georgia, South Carolina, and Florida in a months-long spree of fraud and identity theft.

2. **BOATWRIGHT** and Napier drove around stealing mail out of mailboxes, capturing as much personal identifiable information as they could from the stolen mail, and then taking over their victims' bank accounts.

3. Together, **BOATWRIGHT** and Napier stole and attempted to steal hundreds of thousands of dollars from their many victims, and caused substantial non-monetary harm and headaches for countless victims who had to deal with **BOATWRIGHT** and Napier's blatant and far-ranging identity theft.

## COUNT ONE
*Conspiracy to Commit Mail, Wire, and Bank Fraud*
18 U.S.C. § 1349

4.  Beginning in or around November 2020, the exact date being unknown, and continuing thereafter until in or about June 2021, within the Southern District of Georgia and elsewhere,

**MICHAEL H. BOATWRIGHT**

with Stephanie Michelle Lea Napier and other co-conspirators, known and unknown, did conspire, confederate, and agree with each other to commit the following offenses:

    a.    mail fraud, that is, to devise and intend to devise a scheme and artifice to defraud individuals and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purposes of executing this scheme, and attempting to do so, took and received from an authorized depository for mail certain matters, all in violation of Section 1341 of Title 18 of the United States Code;

    b.    wire fraud, that is, to devise and intend to devise a scheme and artifice to defraud individuals and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing this scheme, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce signals and sounds, all in violation of Section 1343 of Title 18 of the United States Code; and

    c.    bank fraud, that is, to knowingly execute or attempt to execute a scheme and artifice to obtain any of the moneys, funds, credits, assets,

securities, and other property under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises, all in violation of Section 1344 of Title 18 of the United States Code.

### Object of the Conspiracy

5. It was the object of the conspiracy for **BOATWRIGHT**, Napier, and others to unlawfully enrich themselves by, among other things, taking and using the identities of their victims to the detriment of financial institutions and their victims.

### Manner and Means

6. It was part of the conspiracy, and the manner and means thereof, that **BOATWRIGHT** and Napier would steal mail from individuals' mailboxes, including individuals within the Statesboro Division of the Southern District of Georgia, in an effort to obtain individuals' personal identifiable information.

7. With that personal identifiable information, **BOATWRIGHT** and Napier would then gain access to those individuals' financial accounts, and would then cause and attempt to cause wire transfers from those accounts, and to draw checks from those accounts, in order to wrongfully gain funds in the custody and control of financial institutions.

8. Specifically, it was part of the conspiracy that, on or about April 15, 2021, in Statesboro, Georgia, **BOATWRIGHT** and Napier obtained personal identification information of an individual whose initials are R.S. of Statesboro, Georgia, accomplished by **BOATWRIGHT** stealing mail located in R.S.'s mailbox.

9. **BOATWRIGHT** and Napier then proceeded to use R.S.'s personal information to cause and attempt to cause wire transfers from accounts belonging to R.S. into accounts belonging to, or under the control of, **BOATWRIGHT** and Napier, and that were held in accounts of a federally insured financial institution.

10. It was further a part of the conspiracy that **BOATWRIGHT** and Napier would create fake checks in R.S.'s name.

11. **BOATWRIGHT** and Napier then caused R.S.'s mail to be forwarded to an address in Jacksonville, Florida under **BOATWRIGHT** and Napier's control.

12. As a part of the conspiracy, **BOATWRIGHT** and Napier obtained information belonging to Company 1, located in Statesboro, Georgia, and made and attempted to make fraudulent transactions relating to Company 1.

13. **BOATWRIGHT** and Napier also obtained and used the identities of other victims, in the Statesboro Division of the Southern District of Georgia and elsewhere, to apply for and obtain bank accounts, debit cards, credit cards, and other types of credit in the names of persons whose identity information **BOATWRIGHT** and Napier obtained. **BOATWRIGHT**'s victims did not consent to the use of their identities.

14. Among countless other victims, **BOATWRIGHT** and Napier gained access to financial accounts owned by two individuals whose initials are R.M. and R.M., and, on or around June 1, 2021, transferred over $271,000 from R.M. and R.M.'s accounts to locations under the custody and control of **BOATWRIGHT**.

15. Among the fraudulent wires conducted by **BOATWRIGHT** and Napier in the Southern District of Georgia was a transaction on or about April 15, 2021 in which **BOATWRIGHT** and Napier attempted to transfer $278,809.88 in funds belonging to R.S. into an account with Financial Institution 1 under the control of **BOATWRIGHT** and Napier.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FOUR
*Theft of Mail*
18 U.S.C. §§ 1708 and 2

16. On or about the dates listed below, in the Statesboro Division of the Southern District of Georgia,

## MICHAEL H. BOATWRIGHT,

aided and abetted by Stephanie Michelle Lea Napier, did steal and take from and out of an authorized mail receptacle for mail matter, all located at the below locations in Statesboro, Georgia, mail addressed to the following individuals:

| COUNT | DATE | LOCATION OF MAILBOX | ADDRESSEE |
|---|---|---|---|
| 2 | 3/18/2021 | Gentilly Road | J.W. |
| 3 | 4/15/2021 | Old River Road | R.S. |
| 4 | 4/17/2021 | Thomas Vlg | H.M. |

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNTS FIVE
*Aggravated Identity Theft*
18 U.S.C. §§ 1028A and 2

17.　On or about the 15th day of April, 2021, in the Statesboro Division of the Southern District of Georgia, the defendant,

## MICHAEL H. BOATWRIGHT,

aided and abetted by Stephanie Michelle Lea Napier, did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, wire fraud in violation of Title 18, United States Code, Section 1343, knowing that the means of identification belonged to another actual person, to wit, R.S. of Statesboro, Georgia.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 1028A, 1349, and 1708 set forth in Counts One through Five of this Indictment, **DEFENDANT** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

If any of the property described above, as a result of any act or commission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

_____
David H. Estes
United States Attorney

_____
Jonathan A. Porter
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division

9