UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR622-003 |
| | ) |
| MICHAEL H. BOATWRIGHT | ) |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Ryan C. Grover** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Ryan C. Groover** be granted leave of absence for the following periods: February 21, 2023 through February 24, 2023; February 28, 2023; and March 6, 2023 through March 8, 2023.

**SO ORDERED**, this the _17th_ day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA