IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA        *
                                *
        v.                      *        CR 622-003
                                *
MICHAEL H. BOATWRIGHT.          *

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JUL 31 2026

FILED

O R D E R

Presently pending before the Court is Defendant's motion for transcripts and any other documents. (Doc. 59.) Defendant requests the Court provide copies of his plea agreement, plea transcripts, sentencing transcripts, indictment, and any other documents that would assist him in filing a 28 U.S.C. § 2255 motion. (Id. at 1.)

Defendant is not entitled to free copies of Court records. See Jackson v. Ajibade, No. CV 311-020, 2011 WL 3468373, at *1 n.1 (S.D. Ga. Aug. 8, 2011) (citing Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) (per curiam); Jones v. Franzen, 697 F.2d 801, 803 (7th Cir. 1983)). Further, "[a]n indigent defendant does not have an absolute constitutional right to a free copy of his transcript or other court records for use in a collateral proceeding." United States v. Bonner, No. CR 120-098, 2022 WL 580818, at *1 (S.D. Ga. Feb. 25, 2022) (citing Jefferies v. Wainwright, 794 F.2d 1516, 1518 (11th Cir. 1986); United States v. MacCollom, 426 U.S. 317 (1976)). "A defendant does not have the

right to a free transcript simply to search for possible error." Id. (citing Colbert v. Beto, 439 F.2d 1130 (5th Cir. 1971)).

Defendant requests these copies to assist him in drafting a motion, representing he must look through the transcripts and records to effectuate a colorable issue. (Doc. 59, at 2.) Since Defendant does not have a pending action and provides no specific reason for obtaining them, his request is **DENIED**.[1]

Based on the foregoing, **IT IS HEREBY ORDERED** that Defendant's motion for transcripts and any other documents (Doc. 59) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of July, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant may pay for a transcript by sending payment and making arrangements with the Court Reporter. Furthermore, he may pay for copies of Court documents by sending a letter to the Clerk's office asking for the cost of each requested document and then submitting payment.

2